IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL DAKOTA PHILLIPS,**

    **Plaintiff,**

**v.**                                                   Case No. 4:23-cv-286-AW-MAF

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO DISMISS

Sergeant St. Hilarie, one of the four defendants, has moved to dismiss based on lack of exhaustion. ECF No. 59. Michael Phillips, the pro se prisoner Plaintiff, filed a response in opposition. ECF No. 65. The magistrate judge issued a report and recommendation concluding the court should grant the motion. ECF No. 74. Phillips filed no objection.

Having carefully considered the matter, I agree dismissal is appropriate. I now adopt the report and recommendation (ECF No. 74) and incorporate it into this order. St. Hilarie's motion to dismiss (ECF No. 59) is GRANTED, and all claims against St. Hilarie are dismissed without prejudice for failure to exhaust. The clerk will not enter judgment because other claims remain pending.

SO ORDERED on March 4, 2025.

                                                          s/ *Allen Winsor*
                                                          United States District Judge